No. 414. WEINSTEIN, ADMINISTRATRIX, ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Milford J. Meyer* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 417. EPSTEIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Abe Fortas, Louis Eisenstein, William Gerber* and *Hal Gerber* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 420. SAWYER ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Keith L. Seegmiller* and *Irving Wilner* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 421. TEXAS & PACIFIC RAILWAY CO. *v.* WATKINS, NATURAL TUTRIX. C. A. 5th Cir. Certiorari denied. *Ashton Phelps* for petitioner. *Thompson L. Clarke* for respondent.

No. 422. ENNIS *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 425. CITY OF DALLAS, TEXAS, *v.* TUBBS MANUFACTURING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. *H. P. Kucera* and *Ted P. MacMaster* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Fred E. Youngman* for the United States, respondent.